**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

ZENAIDO VALERIANO VALERIANO,

Petitioner,

v.

UNITED STATES, *et al.*,

Respondents.

Case No.: 2:26-cv-03639-RFB-EJY

**ORDER**

Since the entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 3), it has come to the Court's attention that Petitioner, Zenaido Valeriano Valeriano, has another habeas proceeding pending in this District: Valeriano v. Mattos, No. 2:26-CV-00918-CDS-EJY.

Accordingly, **IT IS HEREBY ORDERED** that, on or before November 10, 2026, Petitioner, with the assistance of counsel, must indicate whether Petitioner intends to proceed with their petition in the instant case, or in Petitioner's duplicate proceeding pending before this Court. See Valeriano v. Mattos, No. 2:26-CV-00918-CDS-EJY.

**DATED:** November 5, 2026.

/s/ Richard F. Boulware II
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**